# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### Atlanta Division

Filed in U.S. Bankruptcy Court
Atlanta, Georgia

**APR 2 8 2014**

M. Regina Thomas, Clerk

By: _____
Deputy Clerk

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| | : | |
| **Hobart James Hopkins** | : | **CASE No: 05-66107-pwb** |
| | : | |
| Debtor(s) | : | |

## PETITION FOR PAYMENT OF UNCLAIMED FUNDS

A dividend check in the amount of **$2,548.38** was issued in the above-styled bankruptcy case to **Hobart James Hopkins** whose mailing address at the time of issue was 4127 Belvedere Square, Decatur, GA 30035.,    Because that check was not cashed by said payee, pursuant to 11 U.S.C. §347(a), in 2007, Trustee paid those unclaimed funds to the Clerk, U.S. Bankruptcy Court.

Application is hereby made to pay these unclaimed funds to Hobart James Hopkins at: 23630 SE 440th St., Enumclaw WA 98022.

This 21th  day of April, 2014



_____
Charlene J. Keys, Attorney-in-fact

████4203  (Keys Research)
Social Security or Tax ID Number

Sworn to and subscribed to before
Me this 21st day of Apr , 2014.

_____
Notary Public in and for the State
Of Washington.  My commission
expires _____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
Atlanta Division

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER : 13 |
| | : | |
| | : | CASE NO:    **05-66107-pwb** |
| **Hobart James Hopkins** | : | |
| | : | |
| Debtor(s) | : | |

### CERTIFICATE OF SERVICE

The undersigned, Charlene J. Keys, dba Keys Research, 23630 SE 440th Street, Enumclaw WA 98022 hereby certifies:

That I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the 21th day of April, 2014, I served a copy of the foregoing Petition for Payment of Unclaimed Funds upon the parties listed below by First Class Mail:

United States Attorney
1800 U. S. Courthouse
75 Spring St. SW
Atlanta GA 30303

Executed on April 21, 2014.                    By: _____
                                                    Charlene J. Keys

# U.S. Bankruptcy Unclaimed Funds Locator

**Home**
**About**

**Case Number:** 05-66107
**Total:** $2,548.38
**Debtor Last Name:** Hopkins
**Debtor First Name:** Hobart

Creditors

| Last Name | First Name | Amount |
|-----------|-----------|--------|
| Hopkins | Hobart | $2,548.38 |

© 2014 - US Courts - Collaboratively Developed Software

**DISCHARG, CLOSED**

# U.S. Bankruptcy Court
## Northern District of Georgia (Atlanta)
## Bankruptcy Petition #: 05-66107-pwb

|  |  |
|---|---|
| *Assigned to:* Judge Paul W. Bonapfel | *Date filed:* 04/01/2005 |
| Chapter 13 | *Date terminated:* 03/23/2010 |
| Voluntary | *Debtor discharged:* 09/11/2009 |
| Asset | *Plan confirmed:* 06/15/2005 |
|  | *341 meeting:* 05/05/2005 |

*Debtor disposition:* Standard Discharge

| | |
|---|---|
| ***Debtor***<br>**Hobart James Hopkins**<br>4127 Belvedere Square<br>Apt. D<br>Decatur, GA 30035<br>FULTON-GA<br>SSN / ITIN: xxx-xx-9157<br>*aka* **James Hopkins** | represented by **Darrell L. Burrow**<br>Darrell L. Burrow, P.C.<br>Suite 100<br>2470 Satellite Blvd.<br>Duluth, GA 30096<br>(678) 942-8640<br>Fax : (678) 745-0412<br>Email: burrowlaw@yahoo.com |
| | **Darrell L. Burrow**<br>Darrell L. Burrow, P.C.<br>Suite 100<br>2470 Satellite Blvd.<br>Duluth, GA 30096<br>(678) 942-8640<br>Fax : (678) 745-0412<br>Email: burrowlaw@yahoo.com |

***Trustee***
**Mary Ida Townson**
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740
404-525-1110

| Filing Date | # | Docket Text |
|---|---|---|
| 03/24/2010 | 53<br>(2 pgs) | Certificate of Mailing by BNC of Order Closing Estate Service Date 03/24/2010. (Admin.) (Entered: 03/25/2010) |
| 03/23/2010 | | Case Closed (vnb) |

## AGENT AUTHORIZATION

I, **Hobart Hopkins** do hereby grant to Charlene J. Keys dba Keys Research, my true and lawful Agent for me and in my name, place and stead, giving unto my Agent full power to do and perform all and every act that I may legally do through an Agent, for the following limited purpose and for no other:

**To reclaim, recover and return unclaimed funds in the amount of
$2,548.38 ONLY,  less agreed upon fee, to the signatory below.**

I do hereby grant my Agent every power necessary to carry out the limited purposes for which this Agent Authorization is granted.

I do state under penalty of perjury that all copies of supporting documents provided in support of this claim are true and lawful copies of the original documents.

The rights, powers, and authority of my Agent herein granted shall commence and be in full force and effect from the date I sign this Agent Authorization and such rights, powers, and authority shall remain in full force and effect thereafter, until revoked in writing, or until funds are collected. This duly executed authorization does hereby annul, cancel, revoke, and terminate all rights, powers, and authorities and privileges set forth in any previously signed Power Of Attorney for this specific matter for this specific matter.

Dated: _14 April 2014_    Signed: _Hobart Hopkins_
Hobart Hopkins

Soc. Sec. # _██████ 9157_

*********************************************************************************

## NOTARY ACKNOWLEDGMENT

State of _Georgia_, County of _Gwinnett_

ACKNOWLEDGED before me on this date _4-14-14_, by the Individual described above and holding the position designated in this instrument, and who has appeared before me to acknowledge the execution thereof to be of his/her free act and deed.

NOTARY

SEAL

_Selena Sevic_
NOTARY PUBLIC
My commission expires _3-6-17_

SELENA SEVIC
NOTARY PUBLIC
EXPIRES
GEORGIA
March 6, 2017
GWINNETT COUNTY



| View | Details |

| 05-66107 | | Unpaid: | $2548.38 |
| Hopkins, Hobart James | | Unallocated: | $0.00 |
| | | Unassociated: | $0.00 |

| Fund | Allocated | Paid | Unpaid |
|------|-----------|------|--------|
| 6047BK | $2,548.38 | $0.00 | $2,548.38 |

| Fund | Credit | Debit | Reference | Voucher | Code | Receipted/Posted | Entered | Notes |
|------|--------|-------|-----------|---------|------|------------------|---------|-------|
| 6047BK | $2,548.38 | | 01136525 | | UC | 02/01/2010 | 06/06/2012 | 1 |

**(1) Claimants  Hopkins**

| | | | | |
|---|---|---|---|---|
| Last Name: | Hopkins | First: | Hobart | Middle: James |
| Address: | 497 Easter PK | City: | Brooklyn | State: New York |
| | Apt. 11C | Zip Code: | 11216-4421 | Country: United States |
| | | Comment: | Import From FinSys | |

Fund: 6047BK
Amount $: 2548.38
Disbursed:
87 - Next Voucher #

| Void | | | Save Claimant | Cancel |

Live - 2.1.0    2014.7

MENUEXT

Case Number....... : 05-66107
Debtor........... : Hopkins
First........... : Robert

DIV: 1

Middle: James

TOT: 2,548.38
PD : 0.00
BAL: 2,548.38

Rec Number    Date
0136525    02/01/2010

Amount    Account    Code
2,548.38    6047BK    UC

Name
Hopkins

Voucher    Amount    Paid    Account
2,548.38    6047BK

Edit  Add  Delete  Find  View  Creditors  Receipts  Quit

| Case No. | Debtor | Check No. | Amount |
|----------|--------|-----------|--------|
| R07-40872-PWB | STEVIN KEOWN | 2076541 | $ 6.00 |
| Payment on behalf of: | STEVIN KEOWN<br>185 NORTHERN FAIRWAY<br><br>CHATSWORTH          · GA    307050000 | | |
| A06-68921-JB | TOREON SHERRILL JEFFERSON | 2076542 | $ 105.00 |
| Payment on behalf of: | TOREON SHERRILL JEFFERSON<br>3373 WAGGONER WAY<br><br>REX               GA    302730000 | | |
| A06-61773-JB | Ash-Shakur Manning | 2076543 | $ 2.15 |
| Payment on behalf of: | Ash-Shakur Manning<br>1126 BRAMLET FOREST COURT<br><br>LAWRENCEVILLE     GA    300450000 | | |
| A05-65939-JB | Robert Wilburn Hill | 2076544 | $ 0.06 |
| Payment on behalf of: | Robert Wilburn Hill<br>5043 Springtree Court<br><br>Lithonia          GA    300380000 | | |
| A05-66107-PWB | HOBART JAMES HOPKINS | 2076545 | $ 2,548.38 |
| Payment on behalf of: | HOBART JAMES HOPKINS<br>497 EASTER PK<br>APT 11C<br><br>BROOKLYN          NY    112164421 | | |
| A05-60686-MGD | RANDY E. WILLIAMS | 2076546 | $ 0.41 |
| Payment on behalf of: | RANDY E. WILLIAMS<br>5203 TREECREST PKWY<br><br>DECATUR           GA    300350000 | | |
| R05-43567-MGD | DARNELL LAMONT BATEMAN | 2076547 | $ 0.51 |
| Payment on behalf of: | DARNELL LAMONT BATEMAN<br>18 CRESTVIEW COURT<br><br>POWDER SPRINGS    GA    301270000 | | |

```
                U. S. BANKRUPTCY COURT
            NORTHERN DISTRICT OF GEORGIA
                  ATLANTA DIVISION

               # 01136525 - YL
               February 1, 2010


  Code      Case No      Qty      Amount  By

  UC        04-78713      1    $1,689.73 CK
     Judge  - Paul W. Bonapfel
     Debtor - S. N. CLARK
  UC        08-65581      1      $369.34 CK
     Judge  - Joyce Bihary
     Debtor - V. NEWSON-ASHLEY
  UC        06-42613      1      $138.78 CK
     Judge  - Paul W. Bonapfel
     Debtor - N. NUNEZ
  UC        06-40183      1    $2,887.77 CK
     Judge  - Paul W. Bonapfel
     Debtor - W. S. FRAZIER
  UC        06-60944      1    $1,280.51 CK
     Judge  - Paul W. Bonapfel
     Debtor - L. FRANKLIN
  UC        08-41253      1    $1,551.44 CK
     Judge  - Mary Grace Diehl
     Debtor - L. A. DAVIS
  UC        05-74526      1      $150.23 CK
     Judge  - Joyce Bihary
     Debtor - R. J. WOOD
  UC        06-61050      1        $6.77 CK
     Judge  - Mary Grace Diehl
     Debtor - R. R. LEWIS
  UC        06-75999      1      $256.59 CK
     Judge  - Paul W. Bonapfel
     Debtor - B. S. TUDURY
  UC        08-81560      1      $161.54 CK
     Judge  - Mary Grace Diehl
     Debtor - A. D. WHITAKER
  UC        07-81915      1       $50.15 CK
     Judge  - Mary Grace Diehl
     Debtor - K. O. ALEXANDER
  UC        07-71475      1      $420.00 CK
     Judge  - Joyce Bihary
     Debtor - R. J. PARKER
  UC        07-40872      1        $6.00 CK
     Judge  - Paul W. Bonapfel
     Debtor - S. KEOWN
```

Page 1    (continued on next page)

```
Receipt Number 01136525 (continued)
Received From  Mary Ida Townson

UC         06-68921      1        $105.00 CK
   Judge  - Joyce Bihary
   Debtor - T. S. JEFFERSON
UC         06-61773      1          $2.15 CK
   Judge  - Joyce Bihary
   Debtor - A. MANNING
UC         05-65939      1          $0.06 CK
   Judge  - Joyce Bihary
   Debtor - R. W. HILL
UC         05-66107      1      $2,548.38 CK
   Judge  - Paul W. Bonapfel
   Debtor - H. J. HOPKINS
UC         05-60686      1          $0.41 CK
   Judge  - Mary Grace Diehl
   Debtor - R. E. WILLIAMS
UC         05-43567      1          $0.51 CK
   Judge  - Mary Grace Diehl
   Debtor - D. L. BATEMAN
UC         05-42715      1         $12.02 CK
   Judge  - Mary Grace Diehl
   Debtor - D. W. BROWN
UC         05-40451      1          $1.50 CK
   Judge  - Paul W. Bonapfel
   Debtor - L. J. COLLINS
UC         04-43827      1         $60.88 CK
   Judge  - Mary Grace Diehl
   Debtor - J. E. BILLINGSLEY
UC         06-41105      1         $98.07 CK
   Judge  - Mary Grace Diehl
   Debtor - J. DENNARD
UC         06-61606      1         $18.10 CK
   Judge  - Mary Grace Diehl
   Debtor - J. H. BLACKSTOCK
UC         07-41698      1         $18.19 CK
   Judge  - Paul W. Bonapfel
   Debtor - T. D. RYLES


TOTAL:                    $11,834.12


FROM: Mary Ida Townson
      The Equitable Building, Suite 300
      100 Peachtree Street, NW
      Atlanta, GA 30303



Page 2 (final page)
```